UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOROTHEA EMMONS and LISA STAPLETON, individually, and on behalf of other members of the general public similar situated, and as aggrieved employees,**<br><br>　　　　　　**Plaintiffs,**<br><br>　　　　v.<br><br>**QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., a Delaware corporation, et al.,**<br><br>　　　　　　**Defendants.** | CASE NO. 1:13-CV-0474 AWI BAM<br><br>ORDER REFERRING PENDING MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING TO MAGISTRATE JUDGE BARBARA A. MCAULIFFE<br><br>ORDER VACATING OCTOBER 7, 2013 HEARING DATE |

In this action, Magistrate Judge Barbara A. McAuliffe has filed Findings and Recommendations regarding whether the action should be remanded to state court. Plaintiffs have filed a motion for leave to file supplemental briefing concerning remand. Defendants oppose this motion. The Court finds that the pending motion should be referred to Magistrate Judge Barbara A. McAuliffe to determine if supplemental briefing would be helpful at this time.

//

Accordingly, it is HEREBY ORDERED that:

1. The pending motion for leave to file supplemental briefing is REFERRED to Magistrate Judge Barbara A. McAuliffe; and
2. The October 7, 2013 hearing before the undersigned is VACATED.

IT IS SO ORDERED.

Dated:  October 3, 2013

SENIOR DISTRICT JUDGE