UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOROTHEA EMMONS and LISA STAPLETON, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees,**<br><br>**Plaintiffs**<br><br>**v.**<br><br>**QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., a Delaware corporation; QUEST DIAGNOSTICS INCORPORATED, doing business as QUEST DIAGNOSTICS INCORPORATED OF NEVADA, a Nevada corporation; QUEST DIAGNOSTICS NICHOLS INSTITUTE, a California corporation; DOES 1 through 10, inclusive,**<br><br>**Defendants** | CASE NO. 1:13-CV-0474 AWI BAM<br><br>ORDER RE: MOTION FOR STAY PENDING APPEAL |

The Court having considered Defendant Defendants Quest Diagnostics Clinical Laboratories, Quest Diagnostics Inc. of Nevada, and Quest Diagnostics Nichols Institute's motion to stay the Court's September 30, 2014, Order of Remand to Stanislaus County Superior Court and good cause appearing, the motion is hereby GRANTED.

Pursuant to its authority under 28 U.S.C. § 1447(c) and (d), the Court hereby (1) reopens this case, (2) stays the effect of its Remand Order pending the disposition of Quest's Petition and any resulting appeal, (3) directs that a copy this order be sent to the Stanislaus County Superior Court, and (4) directs Defendants to file a status report every thirty (30) days.

IT IS SO ORDERED.

Dated:   October 1, 2014                              _____
                                                                            SENIOR DISTRICT JUDGE