1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHEA EMMONS and LISA STAPLETON, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., a Delaware corporation; QUEST DIAGNOSTICS INCORPORATED, doing business as QUEST DIAGNOSTICS INCORPORATED OF NEVADA, a Nevada corporation; QUEST DIAGNOSTICS NICHOLS INSTITUTE, a California corporations; DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | ) Case No. Case No. 1:13-cv-00474-AWI-BAM<br>)<br>)<br>)<br>)<br>) **ORDER THEREON GRANTING**<br>) **STIPULATION REGARDING FURTHER**<br>) **PROCEEDINGS ON REMOVAL AND**<br>) **REMAND**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# ORDER

In view of the parties' stipulation, and good cause existing therefore, the Court hereby orders as follows:

a) Defendants may file an amended notice of removal along with supplemental evidence supporting jurisdiction by June 30, 2015;

b) If after evaluating Defendants amended notice Plaintiffs continue to challenge jurisdiction, they will file a motion for remand by July 21, 2015;

c) Plaintiffs motion for remand, if filed, will proceed as a regular motion pursuant to Local Rule 230(c) and the Court's scheduling calendar, with Defendants having the opportunity to submit an opposition to the motion and Plaintiffs having the opportunity to submit a reply in connection with the motion in accordance with the applicable rules and standards.

**IT IS SO ORDERED**.

Dated: **May 11, 2015**               /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE

ACTIVE 20751068v.1