UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHEA EMMONS and LISA STAPLETON, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees,<br><br>        Plaintiffs,<br><br>vs.<br><br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., a Delaware corporation; QUEST DIAGNOSTICS INCORPORATED, doing business as QUEST DIAGNOSTICS INCORPORATED OF NEVADA, a Nevada corporation; QUEST DIAGNOSTICS NICHOLS INSTITUTE, a California corporation; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 1:13-cv-00474-AWI-BAM<br><br>[Assigned to Hon. Barbara A. McAuliffe]<br><br>**ORDER GRANTING JOINT STIPULATION TO ADD QUEST DIAGNOSTICS INCORPORATED AS A NAMED DEFENDANT TO THE ACTION**<br><br>**DIRECTING CLERK TO ADD DEFENDANT TO THE DOCKET** |

**ORDER**

The Court has read and considered the Parties' Joint Stipulation to Add Quest Diagnostics Incorporated As A Named Defendant To The Action, and for good cause shown, IT IS HEREBY ORDERED:

1. Quest Diagnostics Incorporated, a Delaware corporation, is added in as named defendant to this action;

2. All claims against Quest Diagnostics Incorporated relate back to the original complaint filed in this action;

3. The operative complaint shall be deemed amended to add Quest Diagnostics Incorporated as a named defendant, and Plaintiffs may amend the caption page in subsequent filings to reflect this additional defendant;

4. Defendants' answer to the Complaint already on file [Dkt. No. 1, Ex. F] will be deemed amended to add Quest Diagnostics Incorporated as an answering party; and

5. The Parties are exempted from conferring pursuant to Rule 26(f) with respect to Quest Diagnostics Incorporated, a Delaware corporation.

6. The Clerk of the Court is directed to add Quest Diagnostics Incorporated to the Docket as a defendant.

IT IS SO ORDERED.

Dated: __August 12, 2015__        /s/ *Barbara A. McAuliffe*
         UNITED STATES MAGISTRATE JUDGE