UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHEA EMMONS and LISA STAPLETON, individually, and on behalf of other members of the general public similarly situated, and as aggrieved employees,<br><br>Plaintiffs<br><br>v.<br><br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., a Delaware corporation; QUEST DIAGNOSTICS INCORPORATED, doing business as QUEST DIAGNOSTICS OF NEVADA, a Nevada corporation; QUEST DIAGNOSTICS NICHOLS INSTITUTE, a California corporations; DOES 1 through 10, inclusive,<br><br>Defendants. | No. 1:13-cv-00474-DAD-BAM<br><br>**ORDER RE: JOINT STIPULATION AND PROPOSED REVISED SETTLEMENT ADMINISTRATION SCHEDULE**<br><br>(Doc. No. 84) |

This matter came before the court on the joint stipulation of defendants Quest Diagnostics Incorporated, Quest Diagnostics Clinical Laboratories, Inc., Quest Diagnostics Incorporated of Nevada, and Quest Diagnostics Nichols Institute ("Defendants") and plaintiffs Dorothea Emmons and Lisa Stapleton ("plaintiffs") (collectively with defendants, the "parties") regarding a revised settlement implementation schedule. The court finds that, good cause appearing, it is hereby ordered that the following dates shall govern the further proceedings in this action:

| DATE | EVENT |
| --- | --- |
| September 14, 2016 | Last day for settlement administrator to mail the Class Notice to all Class Members |
| October 14, 2016 (or at least 7 days prior to the response deadline) | Last day for Plaintiffs to file their motion for attorneys' fees, costs, and class representative enhancement payments |
| October 21, 2016 (or not later than 45 days after the Settlement Administrator mails the Class Notice) | Last day for Class Members to submit requests for exclusion or objections to the settlement |
| November 4, 2016 | Last day for Plaintiffs to file the motion for final approval of class action settlement |
| November 25, 2016 | Last day for Plaintiffs to file a reply (if desired) in support of the motion for final approval of class action settlement and motion for attorneys' fees, costs, and class representative enhancement payments |
| December 20, 2016 at 9:30 a.m. | Hearing on motion for final approval of class action settlement and motion for attorneys' fees, costs, and class representative enhancement payments |

IT IS SO ORDERED.

Dated:   **September 7, 2016**

_____
UNITED STATES DISTRICT JUDGE